UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DOUGLAS BRUCE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:21-cv-00080 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| CITY OF MIAMISBURG, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO DISMISS COUNTY OF MONTGOMERY DEFENDANTS (DOC. NO. 41)**

This matter came before the Court on Plaintiff's Stipulated Motion to Dismiss County of Montgomery Defendants. Based on the stipulation of the parties, and good cause otherwise appearing therefor, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT the Complaint and all claims against Defendants County of Montgomery, Ohio and, Russell Joseph, in his former official capacity as the Montgomery County Treasurer, and John McManus, in his official capacity as the current Montgomery County Treasurer are hereby dismissed without prejudice, each party to bear his or its own costs and expenses.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 2, 2022.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE